# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO



FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 JUN 23  PM 4:36

CLERK-LAS CRUCES

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. 21 - 900 KG |
| vs. | ) |
| | ) Counts 1-30, 54-64, 72-111, 179-189, |
| **MARK D. BEALE, M.D.**, | ) 202-246, 316-335, 360-395, 416-426, and |
| | ) 452-453: 21 U.S.C. §§ 841(a)(1) and |
| Defendant. | ) (b)(1)(C): Unlawful Dispensing and |
| | ) Distributing of a Schedule II Controlled |
| | ) Substance; |
| | ) |
| | ) Counts 31-53, 65-71, 112-178, 190-201, |
| | ) 247-315, 336-359, 396-415, 427-451, and |
| | ) 454: 21 U.S.C. §§ 841(a)(1) and (b)(2): |
| | ) Unlawful Dispensing and Distributing of a |
| | ) Schedule IV Controlled Substance. |

## I N D I C T M E N T

The Grand Jury charges:

### Counts 1-30

On or about the following dates, in Doña Ana County, in the District of New Mexico, the

defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the

following Schedule II controlled substances to Jane Doe 1 outside the usual course of medical

practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|---|---|---|---|
| 1 | 7/8/2016 | 7/15/2016 | 90 tablets oxycodone hcl 30 mg |
| 2 | 8/7/2016 | 8/10/2016 | 90 tablets oxycodone hcl 30 mg |
| 3 | 9/7/2016 | 9/7/2016 | 90 tablets oxycodone hcl 30 mg |
| 4 | 4/2/2017 | 4/3/2017 | 90 tablets oxycodone hcl 30 mg |
| 5 | 4/28/2017 | 4/28/2017 | 90 tablets oxycodone hcl 30 mg |
| 6 | 5/20/2017 | 5/25/2017 | 90 tablets oxycodone hcl 30 mg |
| 7 | 9/8/2017 | 9/8/2017 | 90 tablets oxycodone hcl 30 mg |
| 8 | 10/6/2017 | 10/6/2017 | 90 tablets oxycodone hcl 30 mg |

| 9 | 11/3/2017 | 11/3/2017 | 90 tablets oxycodone hcl 30 mg |
| 10 | 11/29/2017 | 11/29/2017 | 85 tablets oxycodone hcl 30 mg |
| 11 | 12/27/2017 | 12/27/2017 | 85 tablets oxycodone hcl 30 mg |
| 12 | 1/19/2018 | 1/19/2018 | 85 tablets oxycodone hcl 30 mg |
| 13 | 2/16/2018 | 2/16/2018 | 85 tablets oxycodone hcl 30 mg |
| 14 | 3/15/2018 | 3/15/2018 | 85 tablets oxycodone hcl 30 mg |
| 15 | 4/9/2018 | 4/9/2018 | 85 tablets oxycodone hcl 30 mg |
| 16 | 5/4/2018 | 5/4/2018 | 120 tablets oxycodone hcl 30 mg |
| 17 | 5/31/2018 | 5/31/2018 | 120 tablets oxycodone hcl 30 mg |
| 18 | 6/29/2018 | 6/29/2018 | 120 tablets oxycodone hcl 30 mg |
| 19 | 7/26/2018 | 7/26/2018 | 100 tablets oxycodone hcl 30 mg |
| 20 | 8/23/2018 | 8/23/2018 | 100 tablets oxycodone hcl 30 mg |
| 21 | 9/20/2018 | 9/20/2018 | 110 tablets oxycodone hcl 30 mg |
| 22 | 10/18/2018 | 10/18/2018 | 55 tablets oxycodone hcl 30 mg |
| 23 | 11/2/2018 | 11/2/2018 | 60 tablets oxycodone hcl 30 mg |
| 24 | 11/16/2018 | 11/16/2018 | 45 tablets oxycodone hcl 30 mg |
| 25 | 11/30/2018 | 11/30/2018 | 45 tablets oxycodone hcl 30 mg |
| 26 | 12/19/2018 | 12/19/2018 | 90 tablets oxycodone hcl 30 mg |
| 27 | 1/15/2019 | 1/15/2019 | 90 tablets oxycodone hcl 30 mg |
| 28 | 2/7/2019 | 2/7/2019 | 90 tablets oxycodone hcl 30 mg |
| 29 | 3/7/2019 | 3/7/2019 | 90 tablets oxycodone hcl 30 mg |
| 30 | 4/5/2019 | 4/5/2019 | 90 tablets oxycodone hcl 30 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

<u>Counts 31-53</u>

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the following Schedule IV controlled substances to Jane Doe 1 outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|---|---|---|---|
| 31 | 7/8/2016 | 7/9/2016 | 120 tablets clonazepam 0.5 mg |
| 32 | 8/7/2016 | 8/10/2016 | 120 tablets clonazepam 0.5 mg |
| 33 | 10/11/2016 | 10/11/2016 | 120 tablets clonazepam 0.5 mg |
| 34 | 4/2/2017 | 4/3/2017 | 120 tablets clonazepam 0.5mg |
| 35 | 11/6/2017 | 11/6/2017 | 100 tablets tramadol hcl 50 mg |
| 36 | 1/19/2018 | 1/19/2018 | 30 tablets alprazolam 2 mg |
| 37 | 2/16/2018 | 2/16/2018 | 30 tablets alprazolam 2 mg |
| 38 | 3/15/2018 | 3/15/2018 | 30 tablets alprazolam 2 mg |
| 39 | 3/15/2018 | 4/11/2018 | 30 tablets alprazolam 2 mg |
| 40 | 5/9/2018 | 5/10/2018 | 30 tablets alprazolam 2 mg |

| 41 | 5/9/2018 | 7/9/2018 | 30 tablets alprazolam 2 mg |
| 42 | 5/31/2018 | 6/10/2018 | 30 tablets alprazolam 2 mg |
| 43 | 7/20/2018 | 9/30/2018 | 90 tablets alprazolam 1 mg |
| 44 | 7/26/2018 | 8/7/2018 | 90 tablets alprazolam 1 mg |
| 45 | 8/23/2018 | 8/31/2018 | 90 tablets alprazolam 1 mg |
| 46 | 10/18/2018 | 10/28/2018 | 45 tablets alprazolam 1 mg |
| 47 | 11/2/2018 | 11/6/2018 | 90 tablets alprazolam 1 mg |
| 48 | 11/30/2018 | 11/30/2018 | 90 tablets alprazolam 1 mg |
| 49 | 12/19/2018 | 12/26/2018 | 90 tablets alprazolam 1 mg |
| 50 | 1/15/2019 | 1/15/2019 | 90 tablets alprazolam 1 mg |
| 51 | 2/7/2019 | 2/7/2019 | 90 tablets alprazolam 1 mg |
| 52 | 3/7/2019 | 3/7/2019 | 90 tablets alprazolam 1 mg |
| 53 | 4/5/2019 | 4/5/2019 | 90 tablets alprazolam 1 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(2).

Counts 54-64

On or about the following dates, in Doña Ana County, in the District of New Mexico, the

defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the

following Schedule II controlled substances to Jane Doe 2 outside the usual course of medical

practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|---|---|---|---|
| 54 | 3/14/2018 | 3/14/2018 | 60 tablets dextroamp-amphetamine 30 mg |
| 55 | 4/24/2018 | 4/25/2018 | 60 tablets dextroamp-amphetamine 30 mg |
| 56 | 4/25/2018 | 4/25/2018 | 60 tablets hydrocodone-acetamin 5-325 mg |
| 57 | 6/25/2018 | 6/25/2018 | 45 tablets hydrocodone-acetamin 5-325 mg |
| 58 | 6/25/2018 | 6/26/2018 | 60 tablets dextroamp-amphetamine 30 mg |
| 59 | 8/29/2018 | 8/29/2018 | 30 tablets dextroamp-amphetamine 30 mg |
| 60 | 8/29/2018 | 8/29/2018 | 30 tablets dextroamp-amphetamine 30 mg |
| 61 | 8/29/2018 | 8/29/2018 | 45 tablets hydrocodone-acetamin 5-325 mg |
| 62 | 1/14/2019 | 1/14/2019 | 30 tablets dextroamp-amphetamine 30 mg |

| 63 | 1/14/2019 | 1/14/2019 | 30 tablets dextroamp-amphetamine 30 mg |
| 64 | 1/14/2019 | 1/14/2019 | 45 tablets hydrocodone-acetamin 7.5-325 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Counts 65-71

On or about the following dates, in Doña Ana County, in the District of New Mexico, the

defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the

following Schedule IV controlled substances to Jane Doe 2 outside the usual course of medical

practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|-------|--------------|-------------|----------------------|
| 65 | 2/12/2018 | 4/25/2018 | 30 tablets phentermine 37.5 mg |
| 66 | 3/14/2018 | 3/14/2018 | 60 tablets alprazolam 2 mg |
| 67 | 4/24/2018 | 9/25/2018 | 90 tablets alprazolam 2 mg |
| 68 | 4/25/2018 | 4/25/2018 | 60 tablets alprazolam 2 mg |
| 69 | 6/25/2018 | 6/25/2018 | 60 tablets alprazolam 2 mg |
| 70 | 8/29/2018 | 8/29/2018 | 90 tablets alprazolam 2 mg |
| 71 | 1/14/2019 | 1/14/2019 | 45 tablets alprazolam 2 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(2).

Counts 72-111

On or about the following dates, in Doña Ana County, in the District of New Mexico, the

defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the

following Schedule II controlled substances to Jane Doe 3 outside the usual course of medical

practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|-------|--------------|-------------|----------------------|
| 72 | 7/11/2016 | 7/11/2016 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 73 | 8/1/2016 | 8/1/2016 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 74 | 8/22/2016 | 8/22/2016 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 75 | 9/14/2016 | 9/14/2016 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |

| 76 | 10/3/2016 | 10/3/2016 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
|----|-----------|-----------|-------------------------------------------------|
| 77 | 10/21/2016 | 10/24/2016 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 78 | 11/18/2016 | 11/18/2016 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 79 | 12/12/2016 | 12/12/2016 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 80 | 1/4/2017 | 1/4/2017 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 81 | 2/1/2017 | 2/1/2017 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 82 | 3/1/2017 | 3/1/2017 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 83 | 3/29/2017 | 3/29/2017 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 84 | 5/1/2017 | 5/1/2017 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 85 | 5/31/2017 | 5/31/2017 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 86 | 6/28/2017 | 6/28/2017 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 87 | 7/26/2017 | 7/26/2017 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 88 | 8/25/2017 | 8/25/2017 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 89 | 9/22/2017 | 9/22/2017 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 90 | 10/20/2017 | 10/20/2017 | 96 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 91 | 11/3/2017 | 11/5/2017 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 92 | 11/30/2017 | 12/1/2017 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 93 | 12/18/2017 | 12/23/2017 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 94 | 1/19/2018 | 1/19/2018 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 95 | 2/16/2018 | 2/16/2018 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 96 | 3/16/2018 | 3/16/2018 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 97 | 4/13/2018 | 4/13/2018 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 98 | 5/11/2018 | 5/11/2018 | 90 tablets hydrocodone-acetaminophen 10-325 mg |

| 99 | 6/5/2018 | 6/5/2018 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 100 | 6/26/2018 | 6/26/2018 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 101 | 7/23/2018 | 7/23/2018 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 102 | 8/21/2018 | 8/21/2018 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 103 | 9/11/2018 | 9/11/2018 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 104 | 10/3/2018 | 10/3/2018 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 105 | 10/31/2018 | 10/31/2018 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 106 | 11/15/2018 | 11/21/2018 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 107 | 12/19/2018 | 12/19/2018 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 108 | 1/9/2019 | 1/9/2019 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 109 | 2/1/2019 | 2/1/2019 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 110 | 2/22/2019 | 2/22/2019 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 111 | 3/22/2019 | 3/22/2019 | 90 tablets hydrocodone-acetaminophen 10-325 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Counts 112-178

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the following Schedule IV controlled substances to Jane Doe 3 outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
| --- | --- | --- | --- |
| 112 | 7/11/2016 | 7/11/2016 | 60 tablets lorazepam 0.5 mg |
| 113 | 8/1/2016 | 8/3/2016 | 60 tablets lorazepam 0.5 mg |
| 114 | 8/1/2016 | 9/1/2016 | 60 tablets lorazepam 0.5 mg |
| 115 | 8/1/2016 | 9/12/2016 | 90 tablets carisoprodol 350 mg |
| 116 | 8/1/2016 | 11/5/2016 | 90 tablets carisoprodol 350 mg |
| 117 | 8/22/2016 | 10/9/2016 | 90 tablets carisoprodol 350 mg |

| 118 | 9/14/2016 | 9/25/2016 | 60 tablets lorazepam 0.5 mg |
| 119 | 10/3/2016 | 11/28/2016 | 90 tablets carisoprodol 350 mg |
| 120 | 10/3/2016 | 12/23/2016 | 90 tablets carisoprodol 350 mg |
| 121 | 10/3/2016 | 1/20/2017 | 90 tablets carisoprodol 350 mg |
| 122 | 10/21/2016 | 10/22/2016 | 60 tablets lorazepam 0.5 mg |
| 123 | 12/12/2016 | 1/20/2017 | 60 tablets lorazepam 0.5 mg |
| 124 | 12/12/2016 | 2/20/2017 | 90 tablets carisoprodol 350 mg |
| 125 | 1/4/2017 | 3/19/2017 | 90 tablets carisoprodol 350 mg |
| 126 | 1/4/2017 | 4/19/2017 | 90 tablets carisoprodol 350 mg |
| 127 | 1/4/2017 | 3/19/2017 | 60 tablets lorazepam 0.5 mg |
| 128 | 1/4/2017 | 4/19/2017 | 60 tablets lorazepam 0.5 mg |
| 129 | 3/1/2017 | 5/15/2017 | 60 tablets lorazepam 0.5 mg |
| 130 | 3/1/2017 | 5/15/2017 | 90 tablets carisoprodol 350 mg |
| 131 | 3/1/2017 | 6/14/2017 | 90 tablets carisoprodol 350 mg |
| 132 | 5/1/2017 | 7/12/2017 | 90 tablets carisoprodol 350 mg |
| 133 | 5/1/2017 | 8/8/2017 | 90 tablets carisoprodol 350 mg |
| 134 | 5/1/2017 | 7/12/2017 | 60 tablets lorazepam 0.5 mg |
| 135 | 5/1/2017 | 8/8/2017 | 60 tablets lorazepam 0.5 mg |
| 136 | 8/28/2017 | 9/9/2017 | 60 tablets lorazepam 0.5 mg |
| 137 | 8/28/2017 | 11/4/2017 | 60 tablets lorazepam 0.5 mg |
| 138 | 8/28/2017 | 9/9/2017 | 90 tablets carisoprodol 350 mg |
| 139 | 8/28/2017 | 10/6/2017 | 90 tablets carisoprodol 350 mg |
| 140 | 11/6/2017 | 11/27/2017 | 90 tablets carisoprodol 350 mg |
| 141 | 11/6/2017 | 12/23/2017 | 90 tablets carisoprodol 350 mg |
| 142 | 11/30/2017 | 12/1/2017 | 60 tablets lorazepam 0.5 mg |
| 143 | 11/30/2017 | 1/3/2018 | 60 tablets lorazepam 0.5 mg |
| 144 | 12/29/2017 | 1/19/2018 | 90 tablets carisoprodol 350 mg |
| 145 | 12/29/2017 | 2/6/2018 | 60 tablets lorazepam 0.5 mg |
| 146 | 12/29/2017 | 3/6/2018 | 60 tablets lorazepam 0.5 mg |
| 147 | 12/29/2017 | 2/16/2018 | 45 tablets carisoprodol 350 mg |
| 148 | 12/29/2017 | 2/28/2018 | 45 tablets carisoprodol 350 mg |
| 149 | 3/16/2018 | 3/16/2018 | 90 tablets carisoprodol 350 mg |
| 150 | 3/16/2018 | 4/12/2018 | 90 tablets carisoprodol 350 mg |
| 151 | 3/16/2018 | 4/12/2018 | 60 tablets lorazepam 0.5 mg |
| 152 | 3/16/2018 | 5/9/2018 | 60 tablets lorazepam 0.5 mg |
| 153 | 4/13/2018 | 5/7/2018 | 90 tablets carisoprodol 350 mg |
| 154 | 6/5/2018 | 6/5/2018 | 90 tablets carisoprodol 350 mg |
| 155 | 6/26/2018 | 7/3/2018 | 90 tablets carisoprodol 350 mg |
| 156 | 6/26/2018 | 7/10/2018 | 60 tablets lorazepam 0.5 mg |
| 157 | 7/23/2018 | 8/3/2018 | 60 tablets carisoprodol 350 mg |
| 158 | 7/23/2018 | 8/14/2018 | 60 tablets lorazepam 0.5 mg |
| 159 | 8/21/2018 | 9/2/2018 | 60 tablets carisoprodol 350 mg |
| 160 | 8/21/2018 | 9/2/2018 | 54 tablets carisoprodol 350 mg |
| 161 | 8/21/2018 | 9/2/2018 | 6 tablets carisoprodol 350 mg |
| 162 | 8/21/2018 | 9/14/2018 | 60 tablets lorazepam 0.5 mg |

| 163 | 9/11/2018 | 10/2/2018 | 60 tablets carisoprodol 350 mg |
| 164 | 9/11/2018 | 10/19/2018 | 60 tablets lorazepam 0.5 mg |
| 165 | 9/11/2018 | 10/19/2018 | 60 tablets lorazepam 0.5 mg (refill) |
| 166 | 10/3/2018 | 10/31/2018 | 60 tablets carisoprodol 350 mg |
| 167 | 10/3/2018 | 11/30/2018 | 60 tablets lorazepam 0.5 mg |
| 168 | 10/3/2018 | 11/30/2018 | 60 tablets lorazepam 0.5 mg (refill) |
| 169 | 11/15/2018 | 11/30/2018 | 60 tablets carisoprodol 350 mg |
| 170 | 11/15/2018 | 2/20/2019 | 60 tablets carisoprodol 350 mg |
| 171 | 11/15/2018 | 3/18/2019 | 60 tablets carisoprodol 350 mg |
| 172 | 11/15/2018 | 4/16/2019 | 60 tablets carisoprodol 350 mg |
| 173 | 11/15/2018 | 2/11/2019 | 60 tablets lorazepam 0.5 mg |
| 174 | 11/15/2018 | 3/19/2019 | 60 tablets lorazepam 0.5 mg |
| 175 | 12/19/2018 | 12/20/2018 | 60 tablets carisoprodol 350 mg |
| 176 | 12/19/2018 | 1/19/2019 | 60 tablets carisoprodol 350 mg |
| 177 | 12/19/2018 | 12/21/2018 | 60 tablets lorazepam 0.5 mg |
| 178 | 12/19/2018 | 1/19/2019 | 60 tablets lorazepam 0.5 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(2).

## Counts 179-189

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the following Schedule II controlled substances to Jane Doe 4 outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|---|---|---|---|
| 179 | 7/29/2016 | 7/29/2016 | 90 tablets oxycodone-acetaminophen 7.5-325 mg |
| 180 | 9/30/2016 | 9/30/2016 | 90 tablets oxycodone-acetaminophen 5-325 mg |
| 181 | 1/11/2018 | 1/11/2018 | 60 tablets dextroamp-amphetamine 10 mg |
| 182 | 1/13/2017 | 1/13/2017 | 90 tablets oxycodone-acetaminophen 5-325 mg |
| 183 | 2/7/2018 | 2/7/2018 | 60 tablets dextroamp-amphetamine 10 mg |
| 184 | 3/26/2018 | 3/29/2018 | 40 tablets dextroamp-amphetamine 10 mg |
| 185 | 3/26/2018 | 3/29/2018 | 20 tablets dextroamp-amphetamine 10 mg |
| 186 | 3/26/2018 | 3/29/2018 | 60 tablets dextroamp-amphetamine 10 mg (refill) |

| 187 | 7/23/2018 | 7/25/2018 | 60 tablets dextroamp-amphetamine 10 mg |
| 188 | 8/21/2018 | 8/21/2018 | 60 tablets dextroamp-amphetamine 10 mg |
| 189 | 9/18/2018 | 9/19/2018 | 60 tablets dextroamp-amphetamine 10 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Counts 190-201

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the following Schedule IV controlled substances to Jane Doe 4 outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|---|---|---|---|
| 190 | 9/30/2016 | 9/30/2016 | 60 tablets diazepam 5 mg |
| 191 | 8/11/2017 | 8/11/2017 | 60 tablets tramadol hcl 50 mg |
| 192 | 8/11/2017 | 8/11/2017 | 30 tablets clonazepam 1 mg |
| 193 | 9/8/2017 | 9/8/2017 | 90 tablets tramadol hcl 50 mg |
| 194 | 9/8/2017 | 9/8/2017 | 30 tablets clonazepam 1 mg |
| 195 | 8/21/2018 | 9/25/2018 | 60 tablets clonazepam 1 mg |
| 196 | 8/21/2018 | 8/28/2018 | 60 tablets clonazepam 1 mg |
| 197 | 8/21/2018 | 8/21/2018 | 60 tablets clonazepam 1 mg |
| 198 | 9/18/2018 | 9/18/2018 | 90 tablets diazepam 5 mg |
| 199 | 10/13/2017 | N/A | 30 tablets clonazepam 1 mg |
| 200 | 10/13/2017 | N/A | 30 tablets tramadol hcl 50 mg |
| 201 | 1/13/2018 | N/A | 30 tablets diazepam 30 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(2).

Counts 202-246

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the following Schedule II controlled substances to Jane Doe 5 outside the usual course of medical practice and without legitimate medical purpose:

| p | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|---|---|---|---|
| 202 | 7/15/2016 | 8/4/2016 | 30 tablets Hysingla® ER 40 mg (hydrocodone) |
| 203 | 7/15/2016 | 7/23/2016 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 204 | 8/5/2016 | 9/1/2016 | 30 tablets of Hysingla® ER 40 mg |
| 205 | 8/5/2016 | 8/5/2016 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 206 | 8/26/2016 | 8/28/2016 | 90 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 207 | 9/19/2016 | 9/19/2016 | 120 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 208 | 10/17/2016 | 10/17/2016 | 120 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 209 | 11/6/2016 | 11/7/2016 | 150 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 210 | 11/30/2016 | 12/6/2016 | 150 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 211 | 12/21/2016 | 12/30/2016 | 150 tablets hydrocodone-acetaminophen 7.5-325 mg |
| 212 | 2/13/2017 | 2/18/2017 | 150 tablets hydrocodone-acetaminophen 10-325 mg |
| 213 | 3/13/2017 | 3/13/2017 | 150 tablets hydrocodone-acetaminophen 10-325 mg |
| 214 | 4/10/2017 | 4/10/2017 | 150 tablets hydrocodone-acetaminophen 10-325 mg |
| 215 | 5/5/2017 | 5/5/2017 | 150 tablets hydrocodone-acetaminophen 10-325 mg |
| 216 | 5/26/2017 | 5/26/2017 | 150 tablets hydrocodone-acetaminophen 10-325 mg |
| 217 | 6/19/2017 | 6/19/2017 | 150 tablets hydrocodone-acetaminophen 10-325 mg |
| 218 | 7/11/2017 | 7/11/2017 | 150 tablets hydrocodone-acetaminophen 10-325 mg |
| 219 | 7/11/2017 | 8/29/2017 | 150 tablets hydrocodone-acetaminophen 10-325 mg |
| 220 | 8/7/2017 | 8/7/2017 | 150 tablets hydrocodone-acetaminophen 10-325 mg |
| 221 | 9/21/2017 | 9/21/2017 | 150 tablets hydrocodone-acetaminophen 10-325 mg |
| 222 | 10/16/2017 | 10/16/2017 | 150 tablets hydrocodone-acetaminophen 10-325 mg |
| 223 | 11/9/2017 | 11/9/2017 | 150 tablets hydrocodone-acetaminophen 10-325 mg |
| 224 | 11/30/2017 | 11/30/2017 | 150 tablets hydrocodone-acetaminophen 10-325 mg |

| 225 | 12/21/2017 | 12/21/2017 | 150 tablets hydrocodone-acetaminophen 10-325 mg |
| 226 | 1/12/2018 | 1/12/2018 | 150 tablets hydrocodone-acetaminophen 10-325 mg |
| 227 | 2/2/2018 | 2/2/2018 | 145 tablets hydrocodone-acetaminophen 10-325 mg |
| 228 | 2/22/2018 | 2/22/2018 | 150 tablets hydrocodone-acetaminophen 10-325 mg |
| 229 | 3/15/2018 | 3/15/2018 | 140 tablets hydrocodone-acetaminophen 10-325 mg |
| 230 | 4/4/2018 | 4/5/2018 | 140 tablets hydrocodone-acetaminophen 10-325 mg |
| 231 | 4/26/2018 | 4/26/2018 | 130 tablets hydrocodone-acetaminophen 10-325 mg |
| 232 | 5/17/2018 | 5/17/2018 | 140 tablets hydrocodone-acetaminophen 10-325 mg |
| 233 | 6/6/2018 | 6/6/2018 | 140 tablets hydrocodone-acetaminophen 10-325 mg |
| 234 | 6/27/2018 | 6/27/2018 | 140 tablets hydrocodone-acetaminophen 10-325 mg |
| 235 | 7/18/2018 | 7/18/2018 | 140 tablets hydrocodone-acetaminophen 10-325 mg |
| 236 | 8/7/2018 | 8/7/2018 | 140 tablets hydrocodone-acetaminophen 10-325 mg |
| 237 | 8/28/2018 | 8/28/2018 | 140 tablets hydrocodone-acetaminophen 10-325 mg |
| 238 | 9/18/2018 | 9/18/2018 | 140 tablets hydrocodone-acetaminophen 10-325 mg |
| 239 | 10/11/2018 | 10/11/2018 | 140 tablets hydrocodone-acetaminophen 10-325 mg |
| 240 | 11/7/2018 | 11/7/2018 | 140 tablets hydrocodone-acetaminophen 10-325 mg |
| 241 | 11/30/2018 | 11/30/2018 | 140 tablets hydrocodone-acetaminophen 10-325 mg |
| 242 | 12/20/2018 | 12/20/2018 | 140 tablets hydrocodone-acetaminophen 10-325 mg |
| 243 | 1/15/2019 | 1/15/2019 | 140 tablets hydrocodone-acetaminophen 10-325 mg |
| 244 | 2/5/2019 | 2/5/2019 | 140 tablets hydrocodone-acetaminophen 10-325 mg |
| 245 | 3/1/2019 | 3/1/2019 | 140 tablets hydrocodone-acetaminophen 10-325 mg |
| 246 | 3/26/2019 | 3/26/2019 | 140 tablets hydrocodone-acetaminophen 10-325 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Counts 247-315

On or about the following dates, in Doña Ana County, in the District of New Mexico, the

defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the

following Schedule IV controlled substances to Jane Doe 5 outside the usual course of medical

practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|-------|--------------|-------------|----------------------|
| 247 | 7/15/2016 | 7/23/2016 | 90 tablets carisoprodol 350 mg |
| 248 | 8/5/2016 | 8/20/2016 | 90 tablets carisoprodol 350 mg |
| 249 | 8/5/2016 | 8/20/2016 | 60 tablets clonazepam 1 mg |
| 250 | 8/5/2016 | 10/22/2016 | 60 tablets clonazepam 1 mg |
| 251 | 7/15/2016 | 9/24/2016 | 90 tablets carisoprodol 350 mg |
| 252 | 7/15/2016 | 10/22/2016 | 90 tablets carisoprodol 350 mg |
| 253 | 8/26/2016 | 11/15/2016 | 90 tablets carisoprodol 350 mg |
| 254 | 8/26/2016 | 11/15/2016 | 60 tablets clonazepam 1 mg |
| 255 | 10/17/2016 | 2/4/2017 | 60 tablets clonazepam 1 mg |
| 256 | 11/6/2016 | 12/13/2016 | 90 tablets carisoprodol 350 mg |
| 257 | 11/6/2016 | 12/13/2016 | 60 tablets clonazepam 1 mg |
| 258 | 11/30/2016 | 1/7/2017 | 90 tablets carisoprodol 350 mg |
| 259 | 11/30/2016 | 3/4/2017 | 90 tablets carisoprodol 350 mg |
| 260 | 11/30/2016 | 4/2/2017 | 90 tablets carisoprodol 350 mg |
| 261 | 12/21/2016 | 2/4/2017 | 90 tablets carisoprodol 350 mg |
| 262 | 1/20/2017 | 4/30/2017 | 90 tablets carisoprodol 350 mg |
| 263 | 1/20/2017 | 6/24/2017 | 90 tablets carisoprodol 350mg |
| 264 | 4/10/2017 | 7/21/2017 | 90 tablets carisoprodol 350 mg |
| 265 | 4/10/2017 | 8/19/2017 | 90 tablets carisoprodol 350 mg |
| 266 | 5/5/2017 | 5/5/2017 | 60 tablets clonazepam 1 mg |
| 267 | 5/5/2017 | 6/19/2017 | 60 tablets clonazepam 1 mg |
| 268 | 6/19/2017 | 7/21/2017 | 60 tablets clonazepam 1 mg |
| 269 | 6/19/2017 | 8/19/2017 | 60 tablets clonazepam 1 mg |
| 270 | 7/11/2017 | 9/15/2017 | 60 tablets clonazepam 1 mg |
| 271 | 7/11/2017 | 12/21/2017 | 60 tablets clonazepam 1 mg |
| 272 | 8/7/2017 | 9/14/2017 | 90 tablets carisoprodol 350 mg |
| 273 | 8/7/2017 | 10/8/2017 | 90 tablets carisoprodol 350 mg |
| 274 | 8/7/2017 | 11/4/2017 | 90 tablets carisoprodol 350 mg |
| 275 | 8/7/2017 | 12/23/2017 | 90 tablets carisoprodol 350 mg |
| 276 | 8/7/2017 | 11/4/2017 | 60 tablets clonazepam 1 mg |
| 277 | 11/9/2017 | 2/18/2018 | 90 tablets carisoprodol 350 mg |
| 278 | 11/17/2017 | 2/18/2018 | 60 tablets clonazepam 1 mg |
| 279 | 11/30/2017 | 1/20/2018 | 87 tablets carisoprodol 350 mg |
| 280 | 11/30/2017 | 1/20/2018 | 3 tablets carisoprodol 350 mg |

| 281 | 11/30/2017 | 1/20/2018 | 90 tablets carisoprodol 350 mg |
| 282 | 11/30/2017 | 11/30/2017 | 90 tablets carisoprodol 350mg |
| 283 | 12/21/2017 | 1/20/2018 | 60 tablets clonazepam 1 mg |
| 284 | 12/21/2017 | 1/20/2018 | 60 tablets clonazepam 1 mg (refill) |
| 285 | 12/21/2017 | 3/15/2018 | 90 tablets carisoprodol 350 mg |
| 286 | 2/23/2018 | 5/10/2018 | 60 tablets clonazepam 1 mg |
| 287 | 2/23/2018 | 6/27/2018 | 60 tablets clonazepam 1 mg |
| 288 | 3/15/2018 | 3/15/2018 | 60 tablets clonazepam 1 mg |
| 289 | 4/5/2018 | 4/11/2018 | 60 tablets clonazepam 1 mg |
| 290 | 4/5/2018 | 4/15/2018 | 90 tablets carisoprodol 350 mg |
| 291 | 4/26/2018 | 5/10/2018 | 90 tablets carisoprodol 350 mg |
| 292 | 4/26/2018 | 6/6/2018 | 90 tablets carisoprodol 350 mg |
| 293 | 4/26/2018 | 6/6/2018 | 83 tablets carisoprodol 350 mg |
| 294 | 4/26/2018 | 6/6/2018 | 7 tablets carisoprodol 350 mg |
| 295 | 4/26/2018 | 9/18/2018 | 60 tablets clonazepam 1 mg |
| 296 | 6/27/2018 | 10/25/2018 | 60 tablets clonazepam 1 mg |
| 297 | 7/3/2018 | 7/3/2018 | 90 tablets carisoprodol 350 mg |
| 298 | 7/3/2018 | 7/28/2018 | 90 tablets carisoprodol 350 mg |
| 299 | 7/18/2018 | 8/26/2018 | 9 tablets carisoprodol 350 mg |
| 300 | 7/18/2018 | 8/26/2018 | 81 tablets carisoprodol 350 mg |
| 301 | 7/18/2018 | 8/26/2018 | 90 tablets carisoprodol 350 mg |
| 302 | 7/18/2018 | 9/24/2018 | 90 tablets carisoprodol 350 mg |
| 303 | 8/7/2018 | 8/7/2018 | 60 tablets clonazepam 1 mg |
| 304 | 8/7/2018 | 10/25/2018 | 90 tablets carisoprodol 350 mg |
| 305 | 8/7/2018 | 11/21/2018 | 90 tablets carisoprodol 350 mg |
| 306 | 8/28/2018 | 11/23/2018 | 60 tablets clonazepam 1 mg |
| 307 | 8/28/2018 | 12/19/2018 | 90 tablets carisoprodol 350 mg |
| 308 | 9/18/2018 | 2/13/2019 | 90 tablets carisoprodol 350 mg |
| 309 | 9/18/2018 | 3/1/2019 | 60 tablets clonazepam 1 mg |
| 310 | 10/11/2018 | 2/5/2019 | 60 tablets clonazepam 1 mg |
| 311 | 11/7/2018 | 3/9/2019 | 90 tablets carisoprodol 350 mg |
| 312 | 11/7/2018 | 4/8/2019 | 60 tablets clonazepam 1 mg |
| 313 | 11/30/2018 | 4/8/2019 | 90 tablets carisoprodol 350 mg |
| 314 | 12/20/2018 | 12/20/2018 | 60 tablets clonazepam 1 mg |
| 315 | 1/15/2019 | 1/15/2019 | 90 tablets carisoprodol 350 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(2).

Counts 316-335

On or about the following dates, in Doña Ana County, in the District of New Mexico, the

defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the

following Schedule II controlled substances to Jane Doe 6 outside the usual course of medical

practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|---|---|---|---|
| 316 | 7/21/2016 | 7/22/2016 | 60 tablets dextroamp-amphetamine 10 mg |
| 317 | 8/18/2016 | 8/22/2016 | 60 tablets dextroamp-amphetamine 10 mg |
| 318 | 9/15/2016 | 9/22/2016 | 60 tablets dextroamp-amphetamine 15 mg |
| 319 | 10/13/2016 | 10/22/2016 | 60 tablets dextroamp-amphetamine 15 mg |
| 320 | 11/4/2016 | 11/22/2016 | 60 tablets dextroamp-amphetamine 15 mg |
| 321 | 12/19/2016 | 12/20/2016 | 60 tablets dextroamp-amphetamine 15 mg |
| 322 | 2/16/2017 | 2/20/2017 | 60 tablets dextroamp-amphetamine 15 mg |
| 323 | 3/20/2017 | 3/20/2017 | 60 tablets dextroamp-amphetamine 15 mg |
| 324 | 4/27/2017 | 4/27/2017 | 60 tablets dextroamp-amphetamine 15 mg |
| 325 | 6/28/2017 | 6/28/2017 | 60 tablets dextroamp-amphetamine 15 mg |
| 326 | 8/7/2017 | 8/28/2017 | 60 tablets dextroamp-amphetamine 15 mg |
| 327 | 9/12/2017 | 9/29/2017 | 60 tablets dextroamp-amphetamine 15 mg |
| 328 | 10/10/2017 | 10/29/2017 | 60 tablets dextroamp-amphetamine 15 mg |
| 329 | 12/13/2017 | 12/28/2017 | 60 tablets dextroamp-amphetamine 15 mg |
| 330 | 3/9/2018 | 4/5/2018 | 60 tablets dextroamp-amphetamine 15 mg |
| 331 | 6/25/2018 | 6/27/2018 | 60 tablets dextroamp-amphetamine 15 mg |
| 332 | 7/23/2018 | 7/27/2018 | 60 tablets dextroamp-amphetamine 15 mg |
| 333 | 8/21/2018 | 8/27/2018 | 60 tablets dextroamp-amphetamine 15 mg |
| 334 | 9/18/2018 | 9/25/2018 | 60 tablets dextroamp-amphetamine 15 mg |
| 335 | 10/16/2018 | 10/26/2018 | 60 tablets dextroamp-amphetamine 15 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Counts 336-359

On or about the following dates, in Doña Ana County, in the District of New Mexico, the

defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the

following Schedule IV controlled substances to Jane Doe 6 outside the usual course of medical

practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|-------|--------------|-------------|----------------------|
| 336 | 7/21/2016 | 7/22/2016 | 60 tablets alprazolam 1 mg |
| 337 | 9/22/2016 | 9/22/2016 | 60 tablets alprazolam 1 mg |
| 338 | 10/13/2016 | 10/22/2016 | 60 tablets alprazolam 1 mg |
| 339 | 11/4/2016 | 11/22/2016 | 60 tablets alprazolam 1 mg |
| 340 | 12/19/2016 | 12/20/2016 | 60 tablets alprazolam 1 mg |
| 341 | 2/16/2017 | 2/22/2017 | 60 tablets alprazolam 1 mg |
| 342 | 3/2/2017 | 3/12/2017 | 90 tablets alprazolam 1 mg |
| 343 | 3/20/2017 | 4/27/2017 | 90 tablets alprazolam 1 mg |
| 344 | 5/25/2017 | 6/28/2017 | 90 tablets alprazolam 1 mg |
| 345 | 5/25/2017 | 7/31/2017 | 90 tablets alprazolam 1 mg |
| 346 | 8/7/2017 | 8/28/2017 | 90 tablets alprazolam 1 mg |
| 347 | 9/29/2017 | 9/29/2017 | 90 tablets alprazolam 1 mg |
| 348 | 10/10/2017 | 10/29/2017 | 90 tablets alprazolam 1 mg |
| 349 | 10/10/2017 | 11/27/2017 | 90 tablets alprazolam 1 mg |
| 350 | 12/13/2017 | 12/28/2017 | 90 tablets alprazolam 1 mg |
| 351 | 12/13/2017 | 1/31/2018 | 90 tablets alprazolam 1 mg |
| 352 | 3/7/2018 | 4/5/2018 | 90 tablets alprazolam 1 mg |
| 353 | 3/7/2018 | 5/6/2018 | 90 tablets alprazolam 1 mg |
| 354 | 6/25/2018 | 6/27/2018 | 90 tablets alprazolam 1 mg |
| 355 | 6/25/2018 | 7/27/2018 | 90 tablets alprazolam 1 mg |
| 356 | 8/21/2018 | 8/27/2018 | 90 tablets alprazolam 1 mg |
| 357 | 9/18/2018 | 9/25/2018 | 90 tablets alprazolam 1 mg |
| 358 | 10/16/2018 | 10/26/2018 | 90 tablets alprazolam 1 mg |
| 359 | 10/16/2018 | 11/27/2018 | 90 tablets alprazolam 1 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(2).

Counts 360-364

On or about the following dates, in Doña Ana County, in the District of New Mexico, the

defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the

15

following Schedule II controlled substances to Jane Doe 7, a juvenile, outside the usual course of

medical practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|---|---|---|---|
| 360 | 6/25/2018 | 6/27/2018 | 60 tablets dextroamp-amphetamine 10 mg |
| 361 | 7/23/2018 | 7/27/2018 | 60 tablets dextroamp-amphetamine 10 mg |
| 362 | 8/21/2018 | 8/27/2018 | 60 tablets dextroamp-amphetamine 10 mg |
| 363 | 9/18/2018 | 9/25/2018 | 60 tablets dextroamp-amphetamine 10 mg |
| 364 | 10/16/2018 | 10/26/2018 | 60 tablets dextroamp-amphetamine 10 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Counts 365-395

On or about the following dates, in Doña Ana County, in the District of New Mexico, the

defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the

following Schedule II controlled substances to Jane Doe 8 outside the usual course of medical

practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|---|---|---|---|
| 365 | 7/22/2016 | 7/22/2016 | 90 tablets hydrocodone-acetaminophen 10-325 mg |
| 366 | 7/22/2016 | 8/20/2016 | 90 tablets oxycodone-acetaminophen 10-325 mg |
| 367 | 10/3/2016 | 10/3/2016 | 90 tablets oxycodone-acetaminophen 10-325 mg |
| 368 | 10/3/2016 | 11/1/2016 | 90 tablets oxycodone-acetaminophen 10-325 mg |
| 369 | 12/1/2016 | 12/2/2016 | 90 tablets oxycodone-acetaminophen 10-325 mg |
| 370 | 1/2/2017 | 1/2/2017 | 90 tablets Endocet® 10-325 mg (oxycodone-acetaminophen) |
| 371 | 2/1/2017 | 2/1/2017 | 72 tablets oxycodone-acetaminophen 10-325 mg |
| 372 | 2/27/2017 | 2/27/2017 | 90 tablets oxycodone hcl 10 mg |
| 373 | 3/27/2017 | 3/27/2017 | 90 tablets oxycodone hcl 10 mg |
| 374 | 6/21/2017 | 6/21/2017 | 90 tablets oxycodone hcl 10 mg |

| 375 | 7/19/2017 | 7/19/2017 | 90 tablets oxycodone-acetaminophen 10-325 mg |
| 376 | 8/15/2017 | 8/15/2017 | 90 tablets oxycodone-acetaminophen 10-325 mg |
| 377 | 9/13/2017 | 9/13/2017 | 90 tablets oxycodone-acetaminophen 10-325 mg |
| 378 | 10/13/2017 | 10/13/2017 | 100 tablets oxycodone-acetaminophen 10-325 mg |
| 379 | 11/7/2017 | 11/7/2017 | 90 tablets oxycodone-acetaminophen 10-325 mg |
| 380 | 12/12/2017 | 12/12/2017 | 90 tablets oxycodone-acetaminophen 10-325 mg |
| 381 | 1/12/2018 | 1/12/2018 | 90 tablets oxycodone-acetaminophen 10-325 mg |
| 382 | 2/12/2018 | 2/12/2018 | 90 tablets oxycodone-acetaminophen 10-325 mg |
| 383 | 3/9/2018 | 3/10/2018 | 90 tablets oxycodone-acetaminophen 10-325 mg |
| 384 | 4/6/2018 | 4/6/2018 | 90 tablets oxycodone-acetaminophen 10-325 mg |
| 385 | 5/4/2018 | 5/6/2018 | 90 tablets oxycodone-acetaminophen 10-325 mg |
| 386 | 6/5/2018 | 6/5/2018 | 90 tablets oxycodone-acetaminophen 10-325 mg |
| 387 | 6/29/2018 | 7/3/2018 | 90 tablets oxycodone-acetaminophen 10-325 mg |
| 388 | 7/27/2018 | 7/27/2018 | 90 tablets oxycodone hcl 10 mg |
| 389 | 8/24/2018 | 8/24/2018 | 90 tablets oxycodone-acetaminophen 10-325 mg |
| 390 | 9/21/2018 | 9/21/2018 | 90 tablets hydrocodone-acetamin 10-325 mg |
| 391 | 10/19/2018 | 10/19/2018 | 45 tablets hydrocodone-acetamin 10-325 mg |
| 392 | 11/12/2018 | 11/12/2018 | 90 tablets hydrocodone-acetamin 10-325 mg |
| 393 | 1/4/2019 | 1/4/2019 | 30 tablets hydrocodone-acetamin 10-325 mg |
| 394 | 1/17/2019 | 2/2/2019 | 90 tablets hydrocodone-acetamin 10-325 mg |
| 395 | 2/18/2019 | 3/1/2019 | 90 tablets hydrocodone-acetamin 10-325 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

<u>Counts 396-415</u>

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the following Schedule IV controlled substances to Jane Doe 8 outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|-------|--------------|-------------|----------------------|
| 396 | 9/13/2017 | 9/13/2017 | 90 tablets alprazolam 1 mg |
| 397 | 10/13/2017 | 10/13/2017 | 90 tablets alprazolam 1 mg |
| 398 | 11/7/2017 | 11/10/2017 | 90 tablets alprazolam 1 mg |
| 399 | 12/12/2017 | 12/12/2017 | 90 tablets alprazolam 1 mg |
| 400 | 1/12/2018 | 1/12/2018 | 90 tablets alprazolam 1 mg |
| 401 | 2/12/2018 | 2/12/2018 | 90 tablets alprazolam 1 mg |
| 402 | 3/9/2018 | 3/10/2018 | 90 tablets alprazolam 1 mg |
| 403 | 4/6/2018 | 4/6/2018 | 90 tablets alprazolam 1 mg |
| 404 | 5/4/2018 | 5/6/2018 | 90 tablets alprazolam 1 mg |
| 405 | 6/5/2018 | 6/5/2018 | 90 tablets alprazolam 1 mg |
| 406 | 6/29/2018 | 7/3/2018 | 90 tablets alprazolam 1 mg |
| 407 | 7/27/2018 | 8/1/2018 | 90 tablets alprazolam 1 mg |
| 408 | 8/24/2018 | 8/30/2018 | 90 tablets alprazolam 1 mg |
| 409 | 9/21/2018 | 10/4/2018 | 90 tablets alprazolam 1 mg |
| 410 | 9/21/2018 | 10/4/2018 | 90 tablets alprazolam 1 mg (refill) |
| 411 | 10/19/2018 | 11/3/2018 | 90 tablets alprazolam 1 mg |
| 412 | 10/19/2018 | 11/3/2018 | 90 tablets alprazolam 1 mg (refill) |
| 413 | 11/12/2018 | 12/4/2018 | 90 tablets alprazolam 1 mg |
| 414 | 1/17/2019 | 1/17/2019 | 90 tablets alprazolam 1 mg |
| 415 | 2/18/2019 | 2/18/2019 | 90 tablets alprazolam 1 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(2).

<u>Counts 416-426</u>

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the following Schedule II controlled substances to Jane Doe 9 outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|-------|--------------|-------------|----------------------|
| 416 | 1/23/2017 | 1/23/2017 | 45 tablets oxycodone-acetaminophen 10-325 mg |
| 417 | 4/19/2017 | 4/19/2017 | 60 tablets dextroamp-amphetamine |

| | | | 15 mg |
|---|---|---|---|
| 418 | 5/22/2017 | 5/22/2017 | 60 tablets dextroamp-amphetamine 15 mg |
| 419 | 5/16/2017 | 5/16/2017 | 30 tablets dextroamp-amphetamine 15 mg |
| 420 | 7/2/2018 | 7/2/2018 | 30 tablets dextroamp-amphetamine 15 mg |
| 421 | 7/2/2018 | 7/2/2018 | 30 tablets dextroamp-amphetamine 30 mg |
| 422 | 8/6/2018 | 8/6/2018 | 30 tablets dextroamp-amphetamine 15 mg |
| 423 | 8/6/2018 | 8/6/2018 | 30 tablets dextroamp-amphetamine 30 mg |
| 424 | 10/18/2018 | 10/18/2018 | 30 tablets dextroamp-amphetamine 15 mg |
| 425 | 10/18/2018 | 10/18/2018 | 30 tablets dextroamp-amphetamine 30 mg |
| 426 | 10/30/2018 | 10/30/2018 | 30 tablets dextroamp-amphetamine 30 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

<u>Counts 427-451</u>

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the following Schedule IV controlled substances to Jane Doe 9 outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|---|---|---|---|
| 427 | 10/31/2016 | 10/31/2016 | 60 tablets alprazolam 2 mg |
| 428 | 10/31/2016 | 11/26/2016 | 60 tablets alprazolam 2 mg |
| 429 | 1/23/2017 | 1/23/2017 | 60 tablets alprazolam 2 mg |
| 430 | 1/23/2017 | 2/21/2017 | 60 tablets alprazolam 2 mg |
| 431 | 1/23/2017 | 3/24/2017 | 60 tablets alprazolam 2 mg |
| 432 | 4/19/2017 | 4/19/2017 | 60 tablets alprazolam 2 mg |
| 433 | 5/22/2017 | 5/22/2017 | 60 tablets alprazolam 2 mg |
| 434 | 6/9/2017 | 7/17/2017 | 90 tablets alprazolam 2 mg |
| 435 | 6/12/2017 | 6/12/2017 | 60 tablets alprazolam 2 mg |
| 436 | 8/16/2017 | 8/16/2017 | 90 tablets alprazolam 2 mg |
| 437 | 9/13/2017 | 9/13/2017 | 90 tablets alprazolam 2 mg |
| 438 | 10/12/2017 | 10/13/2017 | 90 tablets alprazolam 2 mg |
| 439 | 11/9/2017 | 11/9/2017 | 30 tablets phentermine 37.5 mg |

| 440 | 11/9/2017 | 11/9/2017 | 90 tablets alprazolam 2 mg |
| 441 | 12/4/2017 | 12/4/2017 | 30 tablets phentermine 37.5 mg |
| 442 | 12/4/2017 | 12/6/2017 | 90 tablets alprazolam 2 mg |
| 443 | 12/12/2017 | 1/5/2018 | 90 tablets alprazolam 2 mg |
| 444 | 1/29/2018 | 2/5/2018 | 30 tablets phentermine 37.5 mg |
| 445 | 1/29/2018 | 2/5/2018 | 90 tablets alprazolam 2 mg |
| 446 | 3/6/2018 | 3/7/2018 | 90 tablets alprazolam 2 mg |
| 447 | 4/9/2018 | 4/10/2018 | 90 tablets alprazolam 2 mg |
| 448 | 5/16/2018 | 5/16/2018 | 90 tablets alprazolam 2 mg |
| 449 | 7/2/2018 | 7/2/2018 | 90 tablets alprazolam 2 mg |
| 450 | 8/6/2018 | 8/6/2018 | 90 tablets alprazolam 2 mg |
| 451 | 10/18/2018 | 10/18/2018 | 90 tablets alprazolam 2 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(2).

Counts 452-453

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the following Schedule II controlled substances to an undercover law enforcement agent outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|---|---|---|---|
| 452 | 3/12/2019 | N/A | 60 tablets Adderall® 10 mg |
| 453 | 4/9/2019 | N/A | 60 tablets Adderall® 20 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 454

On or about the following dates, in Doña Ana County, in the District of New Mexico, the defendant, **MARK D. BEALE, M.D.**, knowingly and intentionally dispensed and distributed the following Schedule IV controlled substances to an undercover law enforcement agent outside the usual course of medical practice and without legitimate medical purpose:

| COUNT | DATE WRITTEN | DATE FILLED | CONTROLLED SUBSTANCE |
|---|---|---|---|
| 454 | 4/9/2019 | N/A | 60 tablets Androderm® 2 mg |

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(2).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

6/23/2021 3:20 PM