IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                  Case No. 21-cr-00900-KG-KRS

MARK D. BEALE, M.D.,

      Defendant.

## ORDER

THIS MATTER having come before the Court on Defendant's Unopposed Motion to Modify Pretrial Conditions of Release, the United States Attorney having not opposed the Motion, the United States Pretrial Services Officer taking no position on the modification sought in said Motion and the Court having been fully and sufficiently advised in the premises, FINDS the Motion is well-taken and should be GRANTED;

IT IS THEREFORE ORDERED that Defendant's conditions of release are modified to delete Additional Condition (7)(h), that Dr. Beale "must participate in a mental health assessment/counseling/treatment as directed by Pretrial Service. Defendant must also participate in specialized treatment of defendant charged with a sex offense."

IT IS FURTHER ORDERED that all other conditions previously set by the Court shall remain in full force.

                                                                              United States Magistrate Judge

Submitted By:
Daniel Rubin
Assistant Federal Public Defender

Approved by:
Joni Stahl
Assistant United States Attorney