IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        No. CR 21-0900 KG

MARK D. BEALE, M.D.,

    Defendant.

## ORDER FOR SUPPLEMENTAL BRIEFING

This matter comes before the Court *sua sponte*. Having reviewed the Plea Agreement and proposed stipulated sentence, the Court finds that supplemental briefing will aid the Court in making its sentencing decision. Within thirty (30) days from the date the Presentence Investigation Report is disclosed, the United States and the Defendant will each submit a supplemental brief explaining why, in light of the factors set forth in 18 U.S.C. § 3553(a)(1)-(7), the Court should accept this plea agreement.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE