IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                No. CR 21-0900 KG

MARK D. BEALE, M.D.,

    Defendants.

## ORDER GRANTING DEFENDANT'S MOTION
## FOR COMPASSIONATE RELEASE AND/OR SENTENCE REDUCTION

This matter is before this Court on the Defendant's Motion for Release from Custody for Compassionate Release, Notice of Supplement to the Motion, Notice of AUSA Concurrence, and Response by the United States. Docs. 87, 88, 89, 90. The Court, having reviewed the motion, notices, and response, noting that counsel for the United States does not oppose this Motion, and being fully advised in the premises, finds the Motion is well-taken and should be granted.

    IT IS HEREBY ORDERED:

1. Defendant's Motion for Release from Custody for Compassionate Release (Doc. 87) is granted;

2. Defendant's sentence of 60 months of incarceration is reduced to time already served; and

3. In all other respects, Defendant's sentence remains unchanged; therefore, he shall begin his term of supervised release upon release from Bureau of Prisons custody.

    IT IS FURTHER ORDERED that Defendant Beale shall report to the United States Probation Office in the federal judicial district where he is authorized to reside within 72 hours of

his release from imprisonment, unless his assigned Probation Officer instructs him to report to a different probation office or within a different time frame.

    IT IS SO ORDERED.

/s/ Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

Submitted by:

Joni Autrey Stahl
Assistant United States Attorney